

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00290-CR

| | | |
|---|---|---|
| Nathan Thomas Daniel | § | From the 43rd District Court |
| | § | of Parker County (CR14-0063) |
| | § | April 23, 2015 |
| v. | § | Opinion by Chief Justice Livingston |
| | § | Concurrence by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston